1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  JEFFREY D. NEDROW (CABN 161299)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5045
7      Fax: (408) 535-5066
       Jeff.nedrow@USDOJ.gov
8
   Attorneys for United States of America
9

FILED

NOV 0 6 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,              )  NO. CR 14-00357-EJD
14                                        )
           Plaintiff,                     )  NOTICE OF DISMISSAL
15                                        )
       v.                                 )
16                                        )
   JORGE FELIX-RODRIGUEZ,                 )
17                                        )
           DEFENDANT.                     )
18 _____)

19
       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United
20
   States Attorney for the Northern District of California dismisses the Indictment without prejudice in the
21
   above-referenced case.
22

23 DATED: November 5, 2014              Respectfully submitted,

24                                      MELINDA HAAG
                                        United States Attorney
25

26
                                             /s/
27                                      JEFFREY D. NEDROW
                                        Assistant United States Attorney
28

NOTICE OF DISMISSAL (CR 14-00457 EJD)

1 | Leave is granted to the government to dismiss the Indictment.

Date: 11/6/14

EDWARD J. DAVILA
United States District Judge

NOTICE OF DISMISSAL (CR 14-00457 EJD)